# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FBC LLC,**

    Plaintiff,

**v.**
                                               Case No.  6:20-cv-1617-Orl-37GJK

**FLORIDA RENTAL CAR LLC and**
**FABIO PORCINO ROSADO CHAVES,**

    Defendants.

_____

## ORDER

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO APPEAR PRO HAC VICE** (Doc. No. 9) |
| **FILED:** | September 9, 2020 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO APPEAR PRO HAC VICE** (Doc. No. 10) |
| **FILED:** | September 9, 2020 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

On September 9, 2020, Plaintiff filed motions for admission to appear pro hac vice on behalf of attorneys Paul H. Aloe and David Saponara pursuant to Local Rule 2.02 (the "Motions").  Doc. Nos. 9 and 10.

Local Rule 2.02(a) requires that the attorney seeking *pro hac vice* admission not be a resident of Florida, but that local counsel is a Florida resident.  The Motions do not affirmatively state that local counsel is a resident of Florida.  Doc. Nos. 9, 10.

Accordingly, it is **ORDERED** that the Motions (Doc. Nos. 9 and 10) are **DENIED**.

**DONE** in Orlando, Florida, on September 10, 2020.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Unrepresented Parties

2